**SEALED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br>v.<br>Timothy Earl McGill | Case No.:  25-9075 MJ<br><br>**CRIMINAL COMPLAINT**<br>*FILED UNDER SEAL* |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## Count 1

On or about October 29, 2024, in the District of Arizona and elsewhere, the defendant, TIMOTHY EARL MCGILL, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another and with recklessness as to whether the communication would be viewed as a true threat of violence: to wit, the defendant transmitted on TikTok a video livestream threatening to kill individuals who support President Donald J. Trump, who was then a presidential candidate, at the next rally.

In violation of Title 18, United States Code, Section 875(c).

## Count 2

On or about January 29, 2025, in the District of Arizona and elsewhere, the defendant, TIMOTHY EARL MCGILL, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another and with recklessness as to whether the communication would be viewed as a true threat of violence: to wit, the defendant transmitted on TikTok an audio livestream and written comments threatening to kill individuals who support President Donald J. Trump and their children, including the participants in a TikTok panel discussion and the children of those participants.

In violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent from the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Affidavit in Support of Criminal Complaint**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Jillian Besancon, AUSA   *Jillian Besancon*
JILLIAN BESANCON
2025.02.04 15:06:13 -07'00'

__X__  Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.

Holly K. Schmitt, Special Agent, FBI
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed telephonically

2/4/2025 @ 8:08pm
Date

at   Phoenix, Arizona
City and State

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Holly Schmitt, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint and arrest warrant for Timothy Earl McGill ("MCGILL"), for violations of 18 U.S.C. § 875(c), Interstate Communication of a Threat.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed since March 2019. I am currently assigned to the Phoenix Field Office in Phoenix, Arizona. I am a member of the Joint Terrorism Task Force (JTTF) and am responsible for investigating acts of domestic terrorism. As a Special Agent of the FBI, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Title 18 of the United States Code. For five years I have worked on cases involving identifying users on social media, through IP addresses, and other technical matters.

3. The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; my review of documents and computer records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during the course of this investigation.

### PROBABLE CAUSE

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that MCGILL has committed violations of 18 U.S.C. § 875(c), Interstate Communication of a Threat. Specifically, on or about October

29, 2024, and on or about January 29, 2025, MCGILL threatened to kill individuals who support President Donald J. Trump using TikTok, an online social media platform.

*October 29, 2024 Threats*

5. On or about October 29, 2024, two tips were received by the FBI related to the same individual. One of the tips was from a third-party tipster who reported through the FBI National Threat Operations Center (NTOC), that TikTok user "timinaz74" had posted on TikTok that, "he was going to kill as many people as possible when he blows up a trump rally." The tipster provided a partial capture of the video discussed below.

6. The other tip was reported through the FBI's NTOC Exigent Threat Research and Analysis Crisis Team (EXTRACT), which received information directly from TikTok about user "timinaz74." TikTok provided the following transcript from a video livestream posted by "timinaz74" on October 29, 2024:

> Yep. You got a problem with that? You got a problem with me being married to a man? Hm? You got a problem with that? Yea that's what I fucking thought, fucking maggot fucking bitches. Dude I can't wait. **I can't wait till all you maggots die. I can't wait till you all fucking die. I can't fucking wait. We're going to kill all you maggots. I can't fucking wait. We're going to fucking take you all out. Next fucking rally boom.** Yea that's what I'm talking about mother fuckers.

(emphasis added). I have since viewed a recording of the livestream video and confirmed the accuracy of this transcript.[1]

---

[1] The transcript contains the word "maggot." A known homophone of "maggot" is "MAGAt," which is a derogatory term used for supporters of President Donald J. Trump based on the slogan "Make America Great Again." Your affiant interprets the word used in the video as "MAGAt" based on the context of the investigation, including an interview of MCGILL. Additionally, TikTok provided a quotation from a comment made by the user of the subject account on October 28, 2024, stating, "all of them. Every person who voted for Trump. Put em in the desert and drop a nuke on em."

2

7.  The user of the "timinaz74" account made this statement on October 29, 2024, only two days before then-candidate Donald J. Trump was scheduled to appear at a large event in Glendale, Arizona on October 31, 2024.

8.  Pursuant to an Emergency Disclosure Request through TikTok, the FBI received the following subscriber information for the account with username "timinaz74":

Sign up via ID: AbzgHZ38jJPtHn-3
Created at: 10/13/2024 5:09:51 AM (UTC)
Signup method: Facebook
Facebook ID: 122094871652576309
User creation IP: 70.176.133.39

9.  Pursuant to an Emergency Disclosure Request through Cox Communications, subscriber information was provided for IP address 70.176.133.39. The name on the account was Timothy MCGILL and the address for the account was a residential address in Surprise, Arizona.

10. I also obtained a driver's license photo for MCGILL from the Arizona MVD and compared the driver license's photo with the livestream recording from the "timinaz74" account. MCGILL resembled the person speaking in the livestream recording.

*Interview of MCGILL*

11. On October 29, 2024, two other law enforcement officers and I contacted MCGILL at his home in Surprise, Arizona, which is the same address associated with the Cox Communications account for IP address 70.176.133.39.

12. MCGILL agreed to speak and was interviewed outside of his residence. MCGILL was advised that he was not under arrest at the time of the interview, and no promises were made that he would not be arrested in the future.[2]

---

[2] The interview was recorded and is maintained. McGill's wife, M.M., was present during the interview. M.M. said that MCGILL is all talk.

13. MCGILL described himself as a "troll." MCGILL stated he was banned from TikTok for making accounts to troll "MAGA." After being banned, he created 20 accounts so he could go live, and was kicked off again. He used a new email address to get back on TikTok and was on TikTok for one day.

14. When MCGILL was asked if he was aware of what he said on TikTok, he responded, "I'll kill all MAGA. There you go, there you go. I don't even have guns, I'm allowed to say that, I have no guns." MCGILL was informed that not having weapons was not a defense. He responded that he didn't care because he would win in court, because he knows the law, and what his rights are.

15. MCGILL was read the quote from his TikTok video, "[n]ext rally boom," and was asked what it meant. MCGILL stated, "it means next rally boom, I can say whatever . . . I want." MCGILL was advised by one of the interviewing law enforcement officers that there is a line between freedom of speech and criminal speech. MCGILL responded that he did not care. One of the interviewing officers offered to read MCGILL a federal criminal statute, which MCGILL declined.[3]

16. MCGILL was confronted with his quote from TikTok stating, "we're going to kill all you maggots." He responded, "Absolutely, I'll say that 120,000 times, you know why? Because it's not against the First Amendment and it's not a direct threat." He explained that MAGA applies to people who believe in that ideology, which is a lot of people. MCGILL was informed there is a point where statements become criminal, and he responded that he did not care.

17. MCGILL stated that he will say stuff to get people to call the FBI because people are dumb and afraid. When asked if he was being reckless or issuing a true threat, MCGILL said "not with words, no, the words are to troll, the words are to fear monger and scare the Right Wing." MCGILL denied he had any intent to follow through on his

---

[3] The statute the interviewer offered to read was 18 U.S.C. § 245, which relates to threats concerning federally-protected activities.

4

statements and said they were jokes. He stated he had no plans to attend any political rallies and his statements were contained to TikTok. MCGILL said that the fact the FBI was interviewing him meant that he had won.

18. MCGILL stated that he had been interviewed by the FBI eight years ago. MCGILL claimed that those interviewing agents apologized to him for bothering him, and that they did not inform him to stop make threatening statements.[4]

*January 29, 2025 Threats*

19. On or about January 29, 2025, the FBI received two NTOC submissions reporting a TikTok account with identifiers "mothmanxog" and "ismoke&iknowthings2.5" making threats against "MAGA" on a TikTok livestream "panel." An open-source query was performed for this TikTok account and the account was located. The "ismoke&iknowthings2.5" TikTok account contained a direct link to a Facebook page indicating a username of "Tim Mac," marriage to M.M., and residence in Phoenix, Arizona. The Facebook page also contains a profile photo of MCGILL.

20. The two NTOC complainants indicated they were part of a TikTok panel, during which users interact and converse on an audio livestream. According to one of the complainants, the purpose of the livestream was to discuss facts, educate people, and talk about what is going on. The livestream included political discussion. The livestream allowed up to nine panelists, including the "host." The host and another user served as moderators. The designated moderators had the ability to allow other users to join the panel. The host account made "ismoke&iknowthings2.5" a panelist to allow the user to speak on the livestream. In addition to the panelists, other users could participate by

---

[4] According to FBI records, MCGILL was interviewed in June 2016 in Pennsylvania after making comments on an online video game that "all you Americans are gonna die, you'll get your heads chopped off . . . ISIS is coming to chop all your heads off . . . ISIS is the bomb." At that time, MCGILL admitted to making inflammatory comments on video games and stated he did it to vent anger and frustration. MCGILL told FBI that he made up a Muslim name and commented on Facebook about the Orlando massacre to get "Trump Supporters and Rednecks" upset and riled up.

5

listening and writing comments. In total, the panel had up to 64 participants according to a complainant.

21. One of the NTOC complainants shared a video recording which captured part of the livestream. An individual speaking on the audio livestream (who is believed to be "ismoke&iknowthings2.5" and MCGILL) can be heard threatening to kill "MAGA." These statements drew various responses from other participants.

22. In response to another panelist mentioning the FBI, MCGILL stated, "Yea, that's right because you're not a fucking LEO officer and you're about to get fucking punished, you little boy. Can't wait to kill all you mother fuckers, it's gonna be great. There it is, there it is, can't wait to kill all you mother fuckers." He further stated, "I can't wait to kill all MAGAs. I know exactly what to say, bitch." He continued, "I can't wait to kill all MAGAs" and "I can't wait to kill all MAGA kids. So all your children." He asked if others are going to record "it" and send it to "his" agents. He said the agents already know everything about him.

23. In response to someone else interjecting and asking why he is saying these things, MCGILL said, "Because I can. Because the war is coming." When asked if he is planning on it, he said, "Absolutely, absolutely I am planning on it. I am planning on killing every single MAGA voter in the country." He continued, "You are not going to get anything specific out of me because I told you, I already know what to say."

24. I can confirm that the voice in the livestream recording is MCGILL's voice based on the information in the livestream and my recorded interview of MCGILL.

25. An NTOC complainant also provided a screen-captured recording showing written "comments" made during the livestream. The account "ismoke&iknowthings2.5" wrote the following comments, among others, as part of the lengthy conversation in the comments:

    a. "just stocked up on ammo"
    b. "open season on all of you maga"

6

    c.    "I have 3 guns and just stocked up on ammo. let's ride"

    d.    "its maga hunting time!"

    e.    "can't wait to add more maga heads to my wall"

    f.    "now back to threatening maga"

*Interstate Nexus*

26. Based on my training and experience as a law enforcement officer, I know that social networking platforms, such as TikTok, utilize the internet, an international network of interconnected servers and computers throughout the country and the world, to provide their services, which are an instrumentality of interstate and foreign commerce. According to its website, TikTok has global headquarters in California and Singapore, as well as offices in cities around the world.

## CONCLUSION

27. I submit there is probable cause to believe that MCGILL committed violations of 18 U.S.C. § 875(c), Interstate Communication of a Threat, on or about October 29, 2024 and on or about January 29, 2025.

28. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

HOLLY K. SCHMITT
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to telephonically on   February 4  , 2025.

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge

7